UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEITH LONDON,
    Plaintiff,

v.                                                    Case No. 14-CV-0125

DR. ROMAN KAPLIN, et al.,
    Defendants,

## DECISION AND ORDER

In an Order entered September 10, 2014, I directed plaintiff to file an amended complaint on or before October 10, 2014. I advised plaintiff that this action would be dismissed for failure to prosecute if he did not file an amended complaint by that date. Nevertheless, plaintiff has not filed an amended complaint.

**THEREFORE, IT IS ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** for lack of prosecution, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy attached) and Federal Rule of Civil Procedure 41(b).

Dated at Milwaukee, Wisconsin, this 25th day of October, 2014.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.