# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEITH LONDON,**
        **Plaintiff,**

   v.                                                                     Case No. 14-CV-0125

**DR. ROMAN KAPLIN, et al.,**
        **Defendants,**

## DECISION AND ORDER

Plaintiff, Keith London, a state prisoner, filed an appeal of this court's order on October 27, 2014. However, plaintiff did not file a motion for leave to proceed in forma pauperis or pay the $505.00 appellate fees. Accordingly, the United States Court of Appeals for the Seventh Circuit dismissed plaintiff's appeal and directed the district court to collect the appellate fees from plaintiff's prisoner trust account using the procedures outlined in 28 U.S.C. § 1915(b). See Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997), rev'd on other grounds by, Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000) and Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000).

**THEREFORE, IT IS ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from plaintiff's prison trust account the $505.00 balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and numbers assigned to this action.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2014.

                                                  s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge